**Order entered August 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01214-CR

**ROBERT MONTE PRICHARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00386-Q**

## ORDER

The State has filed an August 11, 2015 second motion for extension of time to file its brief. Because the State did not tender a brief with the motion, the State's second motion for extension is **DENIED**.

We **ORDER** the State to file its brief on or before **August 26, 2015**. If the State does not comply with this order, the appeal will be submitted without the State's brief.

/s/     LANA MYERS
       JUSTICE